Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for SHARICE SMALL

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 01:07-CR-00181 OWW |
| Plaintiff, ) | STIPULATION AND ORDER TO RESET HEARING DATE |
| vs. ) | |
| SHARICE SMALL, ) | |
| Defendant. ) | |

   THE PARTIES HEREBY STIPULATE to move up the sentencing hearing currently set in this matter for January 14, 2008 to JANUARY 7, 2008 at 9:00 a.m.

SO STIPULATED.

Dated:  December 19, 2007        McGREGOR W. SCOTT
                                 United States Attorney


                                 By:   /s/ Stanley Boone
                                       STANLEY BOONE
                                       Assistant U.S. Attorney


Dated:  December 19, 2007              /s/ Carolyn D. Phillips
                                       CAROLYN D. PHILLIPS
                                       Attorney for Defendant Sharice Small

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Smalls, CR F -07-00181 OWW*  1

1
2
3
4

# ORDER

5  IT IS ORDERED that the sentencing hearing in the matter of <u>United States v.</u>

6  <u>Small</u>, Case No. 01:07-CR-00181 be reset from January 14, 2008 at 9:00 a.m., to

7  JANUARY 7, 2008, at 9:00 a.m.

8

9  Dated: December 20, 2007      /s/ OLIVER W. WANGER
                                 OLIVER W. WANGER, Judge
10                               United States District Court
                                 Eastern District of California

11
12
13
14
15
16
17
18
19
20
21
22

23  *Stipulation and Order to Reset Hearing Date;*
    *U.S. v. Smalls, CR F -07-00181 OWW*  2

PDF created with pdfFactory trial version www.pdffactory.com