Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for SHARICE SMALL

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 1:07-CR-00181 OWW |
| ) | |
| Plaintiff,                                         ) | **STIPULATION AND ORDER TO** |
| ) | **MODIFY JUDGMENT** |
| vs.                                                   ) | |
| ) | |
| SHARICE SMALL,                             ) | |
| ) | |
|                         Defendant.          ) | |

      THE PARTIES HEREBY STIPULATE to modify the judgment in the above-entitled case, entered February 25, 2011, Document 56, based on the following.  The judgment was entered by the court with the understanding that defendant Small would be graduating from an 18-month Medical Assisting program on or before January 31, 2012.  The information regarding the graduation date was incorrect.  According to Deborah J. Patrick, Student Records Specialist at Heald College in Concord where Ms. Small is enrolled as a student, Ms. Small is not scheduled to graduate from the Medical Assisting program until July 3, 2012.

*Stipulation and Order to Modify Judgment;*
*U.S. v. Small, 1:-07-cr-00181 OWW*   1

The parties agree that the Judgment should be modified and amended to reflect the actual graduation date for Ms. Small of July 3, 2012.  Specifically, the Judgment should be modified at page 2 as follows: Ms. Small to be incarcerated 60 days suspended until **July 6, 2012** or immediately if defendant leaves school earlier. The Special Condition Of Supervision at paragraph 5, should also be modified to reflect this change:

"The defendant shall continue to attend and successfully complete the Heald College 18-month Medical Assisting program on or before July 3, 2012.  The defendant is to report to the probation officer within 72 hours, any early withdrawal or leave of absence which delays the completion of the Heald College 18-month Medical Assisting program on or before July 3, 2012, and shall be required to self-surrender at the discretion of the probation officer to serve the 60-day custody order.  The defendant shall complete 20 hours of community service per week until employed for at least 30 hours per week or participating in a previously approved educational or vocation program should she fail to successfully complete the Heald College 18-month Medical Assisting program."

**SO STIPULATED.**

Dated:  June 15, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         By:    /s/ Stanley Boone
                                                STANLEY BOONE
                                                Assistant U.S. Attorney


Dated:  June 15, 2011                           /s/ Carolyn D. Phillips
                                                CAROLYN D. PHILLIPS
                                         Attorney for Defendant Sharice Small

///

*Stipulation and Order to Modify Judgment;*
*U.S. v. Small, 1:-07-cr-00181 OWW*   2

**ORDER**

**IT IS ORDERED** that the Judgment entered in the matter of <u>United States v. Small</u>, Case No. 01:07-CR-00181 be modified as follows:

Page 2, paragraph 1:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 days. Imposition of Sentence is hereby suspended until <u>July 6, 2012</u> or immediately if defendant leaves school earlier.

Page 2:

The defendant shall surrender to the United States Marshal for this district at 2:00 p.m., on <u>July 6, 2012</u>.

Page 4, paragraph 5:

The defendant shall continue to attend and successfully complete the Heald College 18-month Medical Assisting program on or before <u>July 3, 2012</u>. The defendant is to report to the probation officer within 72 hours, any early withdrawal or leave of absence which delays the completion of the Heald College 18-month Medical Assisting program on or before <u>July 3, 2012</u>, and shall be required to self-surrender at the discretion of the probation officer to serve the 60-day custody order. The defendant shall complete 20 hours of community service per week until employed for at least 30 hours per week or participating in a previously approved educational or vocation program should she fail to successfully complete the Heald College 18-month Medical Assisting program.

///

*Stipulation and Order to Modify Judgment;*
*U.S. v. Small, 1:-07-cr-00181 OWW*    3

IT IS SO ORDERED.

Dated: **June 16, 2011**        /s/
**Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE