UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
April 17, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>SHARICE SMALL,<br>        Defendant. | CASE NUMBER: 1:07-cr-00181-LJO<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHARICE SMALL</u>; Case <u>1:07-cr-00181 LJO</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured Appearance Bond in the amount of $

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Supervision/Conditions; All previous conditions of release. Defendant to surrender her passport to the Probation Office.</u>

Issued at <u>Sacramento, CA</u> on <u>04/17/2014</u> at 2 pm.

By _____
Kendall J. Newman
United States Magistrate Judge