BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>SHARICE SMALL WILLIAMS,<br><br>       Defendant. | CASE NO. 1:07-CR-181 00LJO SKO<br><br>STIPULATION TO CONTINUE SUPERVISED RELEASE DISPOSITION HEARING AND ORDER<br><br>DATE: July 21, 2014<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a disposition hearing on June 2, 2014 at 8:30 a.m. before the Honorable Lawrence J. O'Neill for the defendant's supervised release violation sentencing.

2. By this stipulation, the government and defendant now move to continue the disposition hearing until July 21, 2014 at 8:30 a.m. so that United States Probation Officer Philip Y. Mizutani can be present.

3. The parties agree that this stipulation will not change the detention hearing set for May 27, 2014 at 1:30.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE
DISPOSITION HEARING

1

1
2
3  Dated: May 23, 2014                             BENJAMIN B. WAGNER
                                                  United States Attorney
4
5                                                 /s/ MEGAN A. S. RICHARDS
                                                  MEGAN A. S. RICHARDS
6                                                 Assistant United States Attorney
7
8  Dated: May 23, 2014                            /s/ CAROLYN D. PHILLIPS
                                                  CAROLYN D. PHILLIPS
9                                                 Counsel for Defendant
                                                  Sharice Small Williams
10
11
12
13                              **FINDINGS AND ORDER**
14      So found.
15
16 IT IS SO ORDERED.
17      Dated:   **May 29, 2014**                  **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE                 2
DISPOSITION HEARING