Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Sharice Small Williams

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-cr-181 LJO/SKO |
| ) | |
| Plaintiff, ) | DEFENDANT SHARICE SMALL |
| ) | WILLIAMS WAIVER OF PERSONAL |
| v. ) | APPEARANCE AND ORDER THEREON |
| ) | |
| SHARICE SMALL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant, SHARICE SMALL WILLIAMS, waives her right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant Williiams hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, Carolyn D. Phillips,

the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 United States Code, Sections 3161 – 3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated: May 28, 2014

/s/ Sharice Small Williams
SHARICE SMALL WILLIAMS

Dated: May 28, 2014

/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
SHARICE SMALL WILLIAMS

## ORDER

Defendant's personal appearance is waived for the June 5, 2014 status hearing re testing **ONLY**. The Court will determine at that hearing whether further waiver of personal appearance will be permitted.

IT IS SO ORDERED.

Dated:  **May 29, 2014**                                /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE