Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for SHARICE SMALL WILLIAMS

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 01:07-CR-00181 LJO |
| Plaintiff, ) | **STIPULATION AND ORDER TO RESET HEARING DATE** |
| vs. ) | |
| SHARICE SMALL WILLIAMS, ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE to advance the detention hearing currently set in this matter for June 19, 2014, 11 a.m., to JUNE 17, at 11:00 a.m., due to availability of defense expert.

**SO STIPULATED.**

Dated:  June 11, 2014              BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:    /s/ Megan Richards
                                          MEGAN RICHARDS
                                          Assistant U.S. Attorney

Dated:  June 11, 2014                      /s/ Carolyn D. Phillips
                                           CAROLYN D. PHILLIPS
                                   Attorney for Defendant Sharice Williams

**ORDER**

IT IS ORDERED that the detention hearing in the matter of <u>United States v. Williams</u>, Case No. 01:07-CR-00181 be reset from June 19, 2014 at 11:00 a.m., to JUNE 17, 2014, at 11:00 a.m. in Courtroom 8 before Judge McAuliffe.

IT IS FURTHER ORDERED that Defendant Sharice Monique Small Williams shall appear in person on June 17, 2014 at 11:00 a.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **June 12, 2014**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE